UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BIANCA AVILA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PHONES PLUS, INC., a Washington Corporation, and CHRIS CHEELEY individually, LEE ANN CHEELEY individually, and their marital community,<br><br>　　　　　　Defendants. | NO: 2:14-CV-0370-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 29).

**IT IS ORDERED**: Pursuant to the parties' stipulated motion, all claims and causes of action are **DISMISSED** with prejudice and each party shall bear their own costs and attorneys' fees. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). All pending motions are DENIED as moot. The District Court Clerk shall enter this order, furnish copies to counsel, and **CLOSE** the file.

Dated January 28, 2016.



　　　　　　THOMAS O. RICE
　　　Chief United States District Judge

ORDER OF DISMISSAL ~ 1